PROB 12C
(7/93)

Report Date: August 18, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 5 2008

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Avila Verduzco        Case Number: 2:05CR02110-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 06/29/2006

Original Offense:      Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:     Prison - 36 Months; TSR - 36    Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Anderson, Shawn N.        Date Supervision Commenced: 03/08/2008

Defense Attorney:      Jr. Trejo, George Paul    Date Supervision Expires: 03/07/2011

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On August 5, 2008, Mr. Verduzco was arrested by the Los Angeles Sheriff's Department in Norwalk, California, for possession of a controlled substance for sale (Los Angeles Municipal Court Division 32, case number BA34458701), and Illegal Entry, 8 U.S.C. § 1325. Mr. Verduzco appeared before the Los Angeles Municipal Court on August 7, 2008. It appears the initial drug charge was amended to count 1: possession of a controlled substance for sale and count 2: conceal controlled substance. At this time it does not appear that Mr. Verduzco has appeared before the U.S. District Court regarding his illegal entry charge.

Mr. Verduzco is currently being detained at the Pitchess Detention Center East Facilty in Castaic, California. His next court date is August 19, 2008, at the Los Angeles Municipal Court.

| 2 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

Prob12C
**Re:  Verduzco, Antonio Avila**
**August 18, 2008**
**Page 2**

<u>Supporting Evidence</u>: On or about August 5, 2008, the defendant illegally reentered the United States as noted in alleged violation number 1.

Contact with U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico, on April 3, 2008, at San Ysidro, California, and to date has not obtained legal permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    8/18/08

Jose Vargas
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

8/25/08
Date