PROB 12C
(7/93)

Report Date: March 1, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 4 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Avila Verduzco          Case Number: 2:05CR02110-001

Address of Offender: Clackamas County Jail, Oregon City, Oregon

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: June 29, 2006

Original Offense:       Alien in U.S. After Deportation, 8 U.S.C. § 1326

Original Sentence:      Prison - 36 Months;              Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Shawn N. Anderson                Date Supervision Commenced: February 11, 2011

Defense Attorney:       Diane E. Hehir                   Date Supervision Expires: April 10, 2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 21, 2013, the defendant who was using the name of Antonio Verduzcoavila was arrested by the Clackamas County Sheriff's Office, in Oregon City, Oregon, and charged with unlawful delivery of methamphetamine, case number 13-5624.<br><br>On February 28, 2013, contact was made with the Clackamas County Sheriff's Office who advised the defendant was picked up on two of their warrants on February 21, 2013, and bail is currently set at $75,000. The defendant also has a U.S. Immigration and Customs Enforcement (ICE) hold. The police report regarding this matter was requested via fax on February 28, 2013. |

Prob12C
Re: Verduzco, Antonio Avila
March 1, 2013
Page 2

2 **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about February 21, 2013, as noted in violation 1. According to ICE, the defendant was deported to Mexico on February 12, 2011 at Brownsville, Texas, and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/4/13
Date